UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>AFRODITI LEDSTROM,<br><br>      Debtor.<br>_____<br><br>YVETTE WEINSTEIN, Chapter 11 Trustee,<br><br>      Plaintiff(s),<br><br>v.<br><br>1531 LVBS, LLC, et al.,<br><br>      Defendant(s). | Bankruptcy Case No. BK-S-12-11672 mkn<br><br>Chapter 11<br><br><br>2:14-CV-819 JCM |

**ORDER**

Presently before the court is defendants' motion for an order shortening time. (Doc. # 3).

In the instant motion, "defendants request an order shortening time for the court to hear their motion for leave to file appeal." (Doc. # 3 p. 3). However, no such motion for leave has ever been filed in this case. Defendants attached a copy of a motion for leave as an exhibit to the instant motion; however, this copy makes clear that it was intended for a different case in this district, as it refers to case number 2:14-cv-569 before Judge Jennifer Dorsey. (Doc. # 3-1 p. 2).

Because the underlying motion defendants refer to is not actually pending in this action, the instant motion for an order shortening time will be denied.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for an

3  order shortening time (doc. # 3) be, and the same hereby is, DENIED.

4  DATED June 18, 2014.

*/s/ James C. Mahan*
_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -