1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankruptcy Case No. BK-S-12-11672 mkn |
| AFRODITI LEDSTROM, | Chapter 11 |
| Debtor. | |
| YVETTE WEINSTEIN, Chapter 11 Trustee, | 2:14-CV-819 JCM |
| Plaintiff(s), | |
| v. | |
| 1531 LVBS, LLC, et al., | |
| Defendant(s). | |

**ORDER**

Presently before the court is a motion for leave to appeal filed by defendants/appellants 1531 LVBS, LLC and LV Cabaret South, LLC. (Doc. # 9). Defendants request that this court grant leave to appeal an order of the United States Bankruptcy Court for the District of Nevada based on seven grounds.

Defendants argue, *inter alia*, that the bankruptcy court lacked subject-matter jurisdiction to issue its order. However, on August 1, 2014, this court granted a stipulation in which the parties acknowledged that the issue of subject-matter jurisdiction is currently pending before the bankruptcy court. (Doc. # 17). Indeed, the bankruptcy court held a hearing regarding the issue on July 29, 2014,

1  and ordered a supplemental briefing schedule extending through August 15, 2014.

2  Because one of the issues upon which defendants seek review is currently pending before the
3  bankruptcy court, it is not appropriate for this court to grant leave to appeal at this time. Thus,
4  defendants' motion will be denied without prejudice.

5  Accordingly,

6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for
7  leave to appeal, (doc. # 9), be, and the same hereby is, DENIED without prejudice.

8  DATED August 12, 2014.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -