UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br>AFRODITI LEDSTROM,<br>                               Debtor. | Bankruptcy Case BK-S-12-11672 MKN<br>Chapter 11 |
| YVETTE WEINSTEIN, Chapter 11 Trustee,<br>                               Plaintiff(s),<br>   v.<br>1531 LVBS, LLC, et al.,<br>                               Defendant(s). | Case No. 2:14-CV-819 JCM<br><br>ORDER |

Presently before the court is the bankruptcy appeal of *Weinstein et al. v. 1531 LVBS, LLC et al.*, case number 2:14-cv-819-JCM.  The parties filed a notice of appeal in this case on May 22, 2014.  (Doc. # 1).  On June 23, 2014, appellants 1531 LVBS, LLC and LV Cabaret South, LLC (hereinafter "appellants") filed a motion for leave to appeal an order regarding a temporary restraining order and various other motions.  (Doc. # 9).

Appellants filed an opening brief on July 9, 2014.  (Doc. # 12).  On August 1, 2014, the parties filed a stipulation to stay the appeal and briefing schedule.  (Doc. # 16).  On August 7, 2014, the court granted the stipulation.  (Doc. # 17).

Thereafter, on August 12, 2014, the court denied appellants' motion for leave to appeal without prejudice, on the grounds that one of the issues for which appellants seek review is currently pending before the bankruptcy court.  (Doc. # 18).  Consequently, the court concluded that leave to appeal was not appropriate.  (Doc. # 18).

**James C. Mahan**
**U.S. District Judge**

**James C. Mahan**
**U.S. District Judge**

Despite the court's August 12, 2014, order, appellee Yvette Weinstein (hereinafter "appellee") filed an answering brief on August 25, 2014. (Doc. # 19).

Without leave to appeal, the parties' briefs in this case were improperly filed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that appellants' appeal in *Weinstein et al. v. 1531 LVBS, LLC et al.*, case number 2:14-cv-819-JCM be, and the same hereby is, DENIED without prejudice.

DATED September 30, 2014.

_____
UNITED STATES DISTRICT JUDGE